IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESSE H. NICHOLSON, JR.,    )
                            )
          Plaintiff,        )
                            )
     v.                     )    Civ. No. 04-954-SLR
                            )
THOMAS CARROLL, CARL HAZZARD, )
BERNARD WILLIAMS, DEPARTMENT  )
OF CORRECTIONS, and ANTHONY J.)
RENDINA,                    )
                            )
          Defendants.       )

## O R D E R

At Wilmington this 4th day of March, 2005, having considered plaintiff's request to continue the summary judgment motion practice, defendants' opposition and defendants' motion for a protective order;

IT IS ORDERED that:

1.    Plaintiff's motion for continuance of the summary judgment motion practice is **granted**.  Plaintiff shall file his opposition to said motion on or before **May 1, 2005**.

2.    Defendants may file a reply brief on or before **May 16, 2005**.

3.    Defendants' motion for a protective order (D.I. 31) is **denied**, the court finding that said discovery may be needed to respond to defendants' motion for summary judgment.

4.    Defendants shall respond to plaintiff's discovery

requests on or before **April 1, 2005.** Responses shall be limited to information related to plaintiff and to the time period alleged in his complaint.

_____
United States District Judge