IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE H. NICHOLSON, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-954-SLR |
| ) | |
| THOMAS CARROLL, CARL HAZZARD, ) | |
| BERNARD WILLIAMS, DEPARTMENT ) | |
| OF CORRECTIONS, ANTHONY J. ) | |
| RENDINA, DAVID PIERCE, M. ) | |
| SCOTT, EVELYN STEVENSON, JOHN ) | |
| DOE/JANE DOE # 1, and JANE ) | |
| DOE # 2, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 9th day of March, having considered plaintiff's unopposed motion to amend his complaint;

IT IS ORDERED that plaintiff's motion (D.I. 28) is **granted.**

_____
United States District Judge