IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JESSE H. NICHOLSON, JR.,
    Plaintiff,

v.

THOMAS CARROLL, CARL HAZZARD, BERNARD WILLIAMS, DEPARTMENT OF CORRECTIONS, ANTHONY J. RENDINA, DAVID PIERCE, M. SCOTT, EVELYN STEVENSON, JOHN DOE/JANE DOE #1, and JOHN/JANE #2,
    Defendants.

C.A. No. 04-954-SLR

FILED MAR 22 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PLAINTIFF'S MOTION TO STAY

COMES NOW, plaintiff, Jesse H. Nicholson, Jr., moves this Honorable Court for an Order to stay the briefing schedule on the summary judgment motion, and reset the briefing schedule for the following reasons in support thereof:

1. On March 9, 2005, the Court granted plaintiff's Second Amended Complaint with the addition of five (5) new defendants. Two of

the five new defendants are John/Jane Doe defendants whose names will be revealed when discovery is had.

2. These defendants are directly involved in plaintiff's retaliatory classification and have not formally appeared in this action, because they have not been served with the complaint.

3. Further, once the two John/Jane Doe names are obtained, plaintiff's complaint needs to be amended again to officially bring these defendants in this action.

4. The new defendants are essential defendants and need to officially appear in the case so the record can be adequately developed and briefed at the summary judgment briefing schedule.

5. Plaintiff along with this motion submits three copies of his second amended complaint, and three U.S. 285 Marshal forms to effectuate service upon the three new name defendants.

WHEREFORE, plaintiff request this Court to stay and reset the briefing schedule until all the new defendants have been served with a copy of the amended complaint, or otherwise has made an official appearence in the case.

Respectfully submitted,

Jesse H. Nicholson, Jr.
Jesse H. Nicholson, Jr.
SBI# 133626
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Dated: March 14, 2005

# Certificate of Service

I, _Jesse H. Nicholson, Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion to Stay_ _____ upon the following parties/person (s):

TO: _Clerk of the Court_
_United States District Court_
_844 King St. Lockbox 18_
_Wilmington, DE 19801_

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, DE 19801_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _16th_ day of _March_, 2005

_Jesse D. Nicholson, Jr._