IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESSE H. NICHOLSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-954-SLR |
| | ) | |
| THOMAS CARROLL, CARL HAZZARD, | ) | |
| BERNARD WILLIAMS, DEPARTMENT | ) | |
| OF CORRECTIONS, and ANTHONY | ) | |
| J. RENDINA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Ophelia M. Waters, Attorney for State Defendants, hereby certify that on April 1, 2005, I served upon all person listed below two true and correct copies of Defendants' Responses to Plaintiff's First Set of Admissions, First Set of Interrogatories, and First Request For Production of Documents.

Jesse H. Nicholson
SBI # 133626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                                   STATE OF DELAWARE
                                                   DEPARTMENT OF JUSTICE

                                                   /s/ Ophelia M. Waters
                                                   Ophelia M. Waters, I.D. 3879
                                                   Deputy Attorney General
                                                   820 N. French Street, 6th Floor
                                                   Wilmington, DE 19801
                                                   ophelia.waters@state.de.us
                                                   (302) 577-8400
                                                   Counsel for Defendants