IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE H. NICHOLSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-954-SLR |
| ) | |
| THOMAS CARROLL, CARL HAZZARD, ) | |
| BERNARD WILLIAMS, DEPARTMENT ) | |
| OF CORRECTIONS, and ANTHONY ) | |
| J. RENDINA, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure, Rule 34, and in accordance with Rule 26 (b) (1), the Defendants respond to Plaintiff's Requests for the Production of Documents as follows:

1. Copy of DCC's Correction Code of Penal Discipline (excluding appendix "A" of the Code).

**RESPONSE:** See relevant copy of the Delaware Correction Center's Code of Penal discipline previously provided to Plaintiff.

2. Copies of all DCC's Segregation and Administrative Transfer regulations.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this

objection, Plaintiff has been provided a copy of the Inmate Reference Manual concerning the transfer of inmates for disciplinary reasons.

    3.    Copies of all the Department's policies and regulations regarding inmate job suspensions and terminations.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction policies, and administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this objection, Plaintiff has been provided a copy of the Inmate Reference Manual concerning inmate employment.

    4.    Copy of DCC's classification policies and regulations.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction policies, and administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this objection, Plaintiff has been provided a copy of the Inmate Reference Manual concerning inmate classification.

     5.    Copies of all records relating to disciplinary reports #1010825, 1009075 and 1009266 <u>(inclusive of the disciplinary appeals and appeal decisions)</u>.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction policies, and administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Without waiving this objection**,** Plaintiff has been provided relevant copies of the incident and disciplinary reports and records related to the time period alleged in the complaint.

     6.    Copies of all reports of investigations, findings of fact, observation of facts or circumstances, or any other matter relating to any aspect of this litigation.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction policies, and administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection**,** Plaintiff has been provided relevant copies of the incident and disciplinary reports and records related to the time period alleged in the complaint.

7.  Copies of any and all writings identified or referred to in your answers to plaintiff's interrogatories served simultaneously herewith.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction policies, and administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection, Plaintiff has been provided relevant copies of the incident and disciplinary reports and records related to the time period alleged in the complaint.

8.  Copies of any reports by any person qualifying as an expert containing opinions and/or facts on which opinions are based concerning any aspect of this litigation.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection, Defendants do not have expert reports. Defendants reserve the right to supplement this answer, if necessary.

9. Copies of any and all writings which you intend to rely upon in any way at trial.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction policies, and administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection**,** Plaintiff has been provided relevant copies of the incident and disciplinary reports and records related to the time period alleged in the complaint.

10. Copies of an and all writing you intend to employ in any fashion during the course of this litigation, including, but not limited to, those writings which will be used to aid, direct and/or cross-examination of any witness during deposition and/or at trial.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction policies, and administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected

from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection**,** Plaintiff has been provided relevant copies of the incident and disciplinary reports and records related to the time period alleged in the complaint.

11. Copies of all statements by plaintiff, defendants, and any other person or witness relating to any aspect of this litigation.

**RESPONSE:** Objection to the extent this request is overly broad and unduly burdensome, and does not seek information relevant to this action or likely to lead to the discovery of relevant information. Further objection to the extent that Department of Correction policies, and administrative regulations are protected from disclosure to inmate pursuant to state law, 11 *Del. C.* § 4322 and as recognized by federal law. Moreover, objection to the extent the request seeks documents or information protected from disclosure by the attorney-client privilege and/or attorney work product. Without waiving this objection**,** Plaintiff has been provided relevant copies of the incident and disciplinary reports and records related to the time period alleged in the complaint.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/Ophelia M. Waters
Ophelia M. Waters, I.D. 3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Ophelia.waters@state.de.us

Dated: April 1, 2005                                    Counsel for Defendants