DELAWARE DEPARTMENT OF CORRECTION
RECLASSIFICATION FORM (WOMEN AND MEN)

FORM # 901

OFFENDER NAME: _Nicholson, Jesse_ SBI #: _13362C_ DOB: _/  /54_ DATE: _1/19/05_
　　　　　　　　　LAST　　FIRST　　MIDDLE INITIAL

INSTITUTION: _____DCC_____　　　　Prior Classification Date: _8/17/04_

CURRENT SECURITY: ___ Community/Minimum　___ Minimum　___ Medium　_X_ Maximum

SENTENCE LENGTH: _457 x / x_  EFF. DATE: _3/21/88_ STRD: _5/8/19_ PED: _+ +_ TIS: _X_ NON-TIS: ___

---

## RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED**　Current Offense (include other State, if applicable) _Robbery 1st_
　Low Severity ........................................................................0
　Moderate Severity .................................................................2
　High Severity .......................................................................4
　Highest Severity....................................................................6　　　_6_

**OTHER OFFENSES/BAIL STATUS**　　Other Offenses(s)/Bail Amount: _None_
　None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ........0
　Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 ..2
　Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more ........................4　　_0_

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**　　Escape History:_____ _None_____
　　　　　　　　　　　　　　　　　　　　　　(date and type/class)
　None or one or more incidents of FTA (capias issued) or military AWOL .....................................0
　Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms,
　　police (city, state, military, etc.), Recovery Center within the past 3 years.....................................2
　Attempted escape from a secure correctional institution within the past five years or escape from a secure facility ten + years ago
　.......................................................................................................3　　_0_
　Escape from a secure correctional institution within the past ten years ........................................5

**CURRENT AGE**　　Current Age: _____ _50_
　Age 39+ ...........................................................................0
　Age 23 years or less ..............................................................1
　Age 28-38 .........................................................................2
　Age 24 - 27 .......................................................................3　　_0_

**SEVERITY OF CRIMINAL HISTORY IN THE LAST 5 YEARS**　Most Serious Prior Conviction (include Level I-IV, other States): _PDWBPP_ _10/86_
　No prior conviction ...............................................................0
　Low Severity conviction ...........................................................0
　Moderate Severity conviction.......................................................2
　High Severity conviction ..........................................................3
　Highest Severity conviction .......................................................4　　_2_

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (since initial or last regular reclassification) _None_
　None ..............................................................................0
　1 Disciplinary Finding of Guilt ...................................................2
　2 - 3 Disciplinary Findings of Guilt ..............................................3
　4+ Disciplinary Findings of Guilt .................................................5　　_0_
　　　Actual Number of Class I Disciplinary Findings: _____

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years.)
　First incarceration or no prior Major/Class I Institutional Reports ...............0
　Major/Class I - Non Predatory Institutional Misconduct Report > 37months .........1
　Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months
　　or Predatory/Assaultive > 37mths..................................................3
　Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months ........5
　Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months..........7　　_3_
　　　Most Serious Institutional Misconduct Report: _DTB— falsity Evid_
　　　Date of Most Serious Misconduct Report: _4-28-04_

**PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS**          Program Status: _Enrolled_

| | |
|---|---|
| Completed all recommended program(s) AND is currently working .................................................... | -2 |
| Completed some programs, is working and on waiting list for other recommended programs .................. | -1 |
| Enrolled in recommended program or no treatment recommended and is working ............................... | 0 |
| Medically discharged/excused or successfully completed all recommended programs......................... | 0 |
| On waiting list for recommended program and work, due to lack of availability ................................. | 0 |
| Dropped out or failed to complete or was dismissed from program and/or work prior to completion........... | 2 |
| Unsuccessful (refused work and/or program participation) .......................................................... | 3   _0_ |

**RISK REASSESSMENT SCORE:** _11_

**RISK ASSESSMENT SCALE:**

| Community/Minimum | Minimum | Medium | Maximum |
|---|---|---|---|
| -02 to 04 | 05 - 08 | 09 - 16 | 17 or more |

**Preliminary Security Level** (Check scored security level)

___ Community/Minimum          ___ Minimum          _X_ Medium          ___ Maximum

**OVERRIDES:**

**Any one of the conditions listed below may serve as basis for an override, resulting in higher or lower security than indicated by the preliminary score. (Check all that apply and comment as deemed appropriate.)**

___ Protective Custody or Need for separation from General Population: _____

___ Documented membership in security threat group _____

___ Pending institutional reports under investigation _____

___ Notorious/high profile case _____

___ Physical/Medical limitations that could affect housing placement _____

___ Time to Serve: _____

___ Pattern of assaultive/predatory behavior in institutions and/or the community _____

___ Other, include Mandatory Policy Override (specify): _____

**Recommended Security Level** (Check recommended security level.)

___ Community/Minimum          ___ Minimum          _X_ Medium          ___ Medium/MPO          ___ Maximum

_Shonda Banda_                                              _01/24/05_
Correctional Worker                                         Date

Comments: _Recommend medium/high security_

**Final Security Level** (Check appropriate security level)

___ Community/Minimum          ___ Minimum          ___ Medium          ___ Continue Medium - MPO          ___ Maximum

Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)          Date

**NOTE: Classification Officer/Unit supervisor may change recommendation of classification worker, but must provide written justification.**

Comments: _____

Housing Assignment: _____          Next Classification Date: _____
                                                                                    (month and year)

*Program Assignment(s): _____

*Work Assignment: _____

*Changes: _____

Page revised 09.30.04          FORM # 957                    29