IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JESSE H. NICHOLSON, JR., )
    Plaintiff, )
     )
v. ) C.A. No. 04-954-SLR
     )
THOMAS CARROLL, et al., )
    Defendants. )

FILED APR 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AFFIDAVIT OF JESSE H. NICHOLSON, JR.

(STATE OF DELAWARE)
( ) SS:
(NEW CASTLE COUNTY)

I, Jesse H. Nicholson, Jr., having been duly sworn according to law, depose and state the following:

1. That this affidavit is based on personal knowledge.

2. Your affiant has not been provided, nor has in his possession, all the policies and regulations described in his First Request For Production of Documents, # 1 thru # 4. Neither has your affiant been provided with the disciplinary appeal decision

in reference to disciplinary report #100966, in request #5 for Production, nor has your affiant been provided with or has in his possession the Inmate Reference Manual.

3. These regulations and policies are needed to effectively oppose the defendants motion for summary judgment.

SWORN TO AND SUBSCRIBED before me on this 5th day of April, 2005.

_Jesse N. Nichols Jr._
AFFIANT

_[signature]_
Notary Public

2