IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JESSE H. NICHOLSON, JR.,
    Plaintiff,

v.

THOMAS CARROLL, et al.,
    Defendants.

C.A. No. 04-954-SLR

FILED APR 12 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PLAINTIFF'S MOTION TO ISSUE SERVICE OF PROCESS

COMES NOW, plaintiff, Jesse H. Nicholson, Jr., moves this Honorable Court pursuant to the Fed. R. Civ. P. 4(m), for an order to issue service of process of plaintiff's Second Amended Complaint upon the new defendants in this cause of action for the following reasons:

1. On March 9, 2005, the Court granted plaintiff's Second Amended Complaint (D.I. 28); whereby three (3) named new defendants and two (2) John Doe/Jane Doe defendants were added to this cause of action.

2. Since the Court has granted plaintiff's Second Amended Complaint, the Court has not yet issued an order to effectuate service of

process upon the new defendants. Therefore, the new named defendants have not offically appeared in this cause of action, because they have not been served with process of the complaint.

    WHEREFORE, plaintiff, respectfully request this Court to issue an Order to effectuate service of process upon the defendants named in plaintiff's Second Amended complaint.

                  Jesse H. Nicholson, Jr.
                  Jesse H. Nicholson, Jr.
                  SBI# 133626
                  Delaware Correctional Center
                  1181 Paddock Rd.
                  Smyrna, DE 19977

Dated: April 8, 2005

# Certificate of Service

I, _Jesse H. Nicholson, Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion to Issue Service of Process_ upon the following parties/person (s):

TO: _Clerk of the Court_
_United States District Court_
_844 King St, Lockbox 18_
_Wilmington, DE 19801_

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, DE 19801_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _8th_ day of _April_, 2005

_Jesse N. Nicholson, Jr_

I/M Jesse H Nicholson
SBI# 133626  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
844 King Street, Lockbox 18
Wilmington, DE
19801

SMYRNA DE APR-9'5

U.S. POSTAGE 0.37

U.S.M.S X-RAY

13802+3607 03