IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE H. NICHOLSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-954-SLR |
| ) | |
| WARDEN THOMAS CARROLL, CARL ) | |
| HAZZARD, LT. BERNARD WILLIAMS,) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ANTHONY J. RENDINA, DEPUTY ) | |
| WARDEN DAVID PIERCE, M. SCOTT,) | |
| EVELYN STEVENSON, JOHN/JANE ) | |
| DOE #1, and JOHN/JANE DOE #2, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 18th day of April, 2005 having granted plaintiff's unopposed motion to amend his complaint on March 9, 2005;

IT IS ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall submit to the court **within thirty (30) days** an **original** United States Marshal-285 form for each of the defendants, Deputy Warden David Pierce, M. Scott, Evelyn Stevenson, John/Jane Doe #1 and John/Jane Doe #2, added through plaintiff's second amended complaint filed on March 9, 2005. Failure to submit these forms may provide grounds for dismissal of these defendants from this action pursuant to Fed. R. Civ. P. 4(m).

2. Upon receipt of the completed United States Marshal-

285 forms, the United States Marshal shall serve a copy of the signed complaint, the first and second amended complaints, the court orders of August 30, 2004; September 27, 2004; March 2, 2005; March 9, 2005, and this order upon defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

                                                      /s/ [signature]
                                        United States District Judge