a greivance against a defendant in this case, *inter alia*, that resulted in plaintiff's loss of job, ability to earn good-time credits, loss of approx. $260 of allowable personal property, arbitrarily placed in Isolation confinement, arbitrarily classified to MAX/SHU, and arbitrarily segregated from the general prison population since April 28, 2004 to date are legitimate claims.

 IN as much as the defendants contend that certain policies and regulations does not bear an expectation to a prison job, etc., is factually false. Plaintiff will introduce regulations and policies that no Delaware Court nor the United States Court of Appeals for the Third Circuit has had the occasion to examine to determine if the regulations create a property/Liberty interest, because the defendants are attempting to keep the documents concealed behind a state privilege that has no force in this court.

 Essentially, the defendants attorney is asking this Court to make up an excuse for the defendants, not to make disclosure, and clothed it with a

7

citation to a rule of this Court and enforce it against the plaintiff. For example, the Departments' Correctional Code of Penal Discipline sets forth the complete regulations regarding disciplinary matters. The regulations does not contain sensitive material or otherwise call into question any security concerns. Likewise, the requested documents does not, in any way, raise a legitimate concern for this Court to warrant its protection.

14. Finally, for the reasons stated herein and in plaintiff's motion to compel and sanction the defendants, the defendants have not in good faith cooperated in discovery as prescribed by the discovery rules of this Court.

WHEREFORE, for the foregoing reasons, and the reasons stated in plaintiff's motion to compel and sanction the defendants, plaintiff respectfully request this Court to compel and sanction the defendants for their failure to cooperate in discovery, as the Court may deem appropriate.

8

*Jesse H. Nicholson, Jr.*
Jesse H. Nicholson, Jr.
SBI# 133626
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Dated: April 21, 2005

9

## Certificate of Service

I, _Jesse A. Nicholson, Jr_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion_ _____ upon the following parties/person (s):

TO: _Clerk of the Court_
_United States District Court_
_844 King Street, Lockbox 18_
_Wilmington, DE 19801_

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, DE 19801_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _22nd_ day of _April_ _____, 2005`

_Jesse N. Nicholson Jr_

I/M Jesse H. Nicholson, Jr.

SBI# 133626   UNIT _____

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

Clerk of the Court
United States District Cour
844 King St., Lockbox 18
Wilmington, DE
    19801