IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JESSE H. NICHOLSON, JR., )
Plaintiff, )
)
v. ) C.A. No. 04-954-SLR
)
THOMAS CARROLL, et al., )
Defendants. )
)

FILED
APR 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW, plaintiff, Jesse H. Nicholson, Jr., pursuant to Fed.R.Civ.P. 6(b), moves this Honorable court for an Order to enlarge the time for the plaintiff to submit his motion in opposition to the defendants motion for summary judgment, for following reasons in support thereof:

1. This is plaintiff's first request for an enlargement of time.

2. On or about January 7, 2005, defendants filed a motion to dismiss/summary judgment.

3. On or about January 15, 2005, plaintiff served his discovery request upon the defendants.

4. On January 25, 2005, the court issued an Order that the defendants motion to dismiss

will be treated as a motion for summary judgment.

5. On January 28, 2005, plaintiff filed a motion opposing the defendants motion for summary judgment, arguing <u>inter alia</u>, that defendants motion for summary judgment is not properly before the Court, because plaintiff has not been provided with adequate time to complete discovery. Served simultaneously with this motion, plaintiff filed a motion for continuance of summary judgment.

6. On or about February 2, 2005, plaintiff filed his Second Amended Complaint. (D.I. 28).

7. On or about February 14, 2005, defendants filed a motion for a protective order. (D.I. 31).

8. On or about February 21, 2005, plaintiff filed a motion to compel defendants discovery responses, and a motion opposing the defendants motion for a protective order.

9. On or about March 4, 2005, the court granted plaintiff's motion to continue summary judgment. Also, the court denied the defendants motion for a protective order. In addition, the

court order the defendants to file their responses to plaintiff's discovery requests by April 1, 2005, and ordered that plaintiff shall file his opposition to the defendants motion for summary judgment by May 1, 2005.

10. On March 9, 2005, the Court granted plaintiff's Second Amended Complaint.

11. On or about March 16, 2005, plaintiff filed a motion to stay and reset the briefing schedule on the summary judgment motion, because the five (5) new defendants have not been serviced with process of the complaint.

12. On or about April 1, 2005, the defendants filed their evasive, incomplete disclosure, answers, and responses to plaintiff's discovery request.

13. On or about April 5, 2005, plaintiff filed a motion to compel and sanction the defendants for their failure to make disclosure and cooperate in discovery as prescribed by Rule 26(b)(1).

14. On or about April 8, 2005, plaintiff filed

his motion to issue service of process of plaintiff's second amended complaint, upon the five (5) new defendants named in the complaint.

14. On or about April 18, 2005, the defendants filed a motion opposing plaintiff's motion to compel and sanction them for their failure to cooperate in discovery.

15. On April 18, 2005, the court ordered that plaintiff shall submit to the court within (30) days an original United States Marshal-285 form, for each of the defendants added through plaintiff's second amended complaint.

16. On April 22, 2005, plaintiff submitted a response to defendants opposition to the motion to compel and sanction.

17. On April 22, 2005, plaintiff submitted an original United States 285-Marshal form for defendants' Pierce, Scott and Stevenson. However, plaintiff has not yet submitted Marshal forms for the two (2) John Doe/Jane Doe defendants, because plaintiff is awaiting the correct full names via his discovery requests.

4.

18. Plaintiff's opposition to the defendants motion for summary judgment is due on or before May 1, 2005. Plaintiff will not be able to submit his motion opposing the defendants motion by this current date, set by the court, due to the defendants failure to cooperate in discovery as prescribed by the discovery rules, and as order by this court's order, dated March 4, 2005.

WHEREFORE, for the reasons stated herein, and in plaintiff's pending motions before the court regarding this matter, plaintiff respectfully request the court to grant him a (30) day extension of time to submit his opposition motion to the defendants motion for summary judgment, in which the time will not commence to run until after all the defendants named in plaintiff's second amended complaint has been issued with service of process of the complaint, and not until plaintiff's issues in his motion to compel and sanction the defendants for their failure to

cooperate in discovery has been completely resolved.

Jesse H. Nicholson, Jr.
SBI# 133626
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Dated: April 26, 2005

6.

# Certificate of Service

I, **Jesse H. Nicholson, Jr.**, hereby certify that I have served a true and correct cop(ies) of the attached: **Motion for Enlargement of Time** upon the following parties/person (s):

TO: Clerk of the Court
United States District Court
844 King Street, Loxbox10
Wilmington, DE 19801

TO: Ophelia M. Waters
Deputy Attorney General
820 N. French St.
Wilmington, DE 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **26th** day of **April**, 2005

*Jesse N. Nicholson, Jr.*