IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESSE H. NICHOLSON, JR.,  )
           )
   Plaintiff,   )
           )
  v.       ) Civ. No. 04-954-SLR
           )
WARDEN THOMAS CARROLL, CARL )
HAZZARD, LT. BERNARD WILLIAMS,)
DEPARTMENT OF CORRECTIONS, )
ANTHONY J. RENDINA, DEPUTY )
WARDEN DAVID PIERCE, M. SCOTT,)
EVELYN STEVENSON, JOHN/JANE )
DOE #1, and JOHN/JANE DOE #2, )
           )
   Defendants.  )

O R D E R

At Wilmington this *20th* day of May, 2005, having reviewed the various motions pending in the above captioned litigation and the papers filed in connection therewith;

IT IS ORDERED that:

1. Plaintiff's motions to compel and for sanctions (D.I. 33, 43) are denied, as the defendants have adequately responded to plaintiff's discovery requests.

2. Plaintiff's motion to stay (D.I. 38) is denied.

3. Plaintiff's motion for extension of time (D.I. 49) is granted. **On or before June 20, 2005,** plaintiff shall respond to defendants' motion for summary judgment. (D.I. 17) Defendants may

file a reply brief **on or before July 5, 2005.**

United States District Judge