## VII. Individual Capacities

Nothing in plaintiff's complaint can be construed as suing the defendants in their official capacities. When a state officer violates federal constitutional mandates, even when carrying out state policy, he is "stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct." See Spruce v. Hilton, 618 F.2d 232 (3d Cir. 1980). Thus, for purposes of the eleventh amendment the suit is against the officer as an individual, although his action is still "state action" for purposes of §1983 and the fourteenth amendment. See Quern v. Jordan, 440 U.S. 332 (1979); Spruce, 618 F.2d at 237. Therefore, the eleventh amendment does not bar an action for damages against an official sued in his individual capacity.

## CONCLUSION

For the reasons stated herein, in plaintiff's first motion opposing defendants motion to dismiss/summary judgment, the affidavits, defendants

40

answers to plaintiff's Interrogatories, Admissions, and Request for Production (and the lack thereof), produces sufficient evidence to raise genuine issues of fact as to whether the defendants proffered reasons for placing plaintiff in solitary confinement and classifying him to Maximum Security were not the true reasons but a pretext. This is so, due to the implausibilities, inconsistencies, and the contradictions in the defendants proffered legitimate reasons for their action, is such, that a reasonable fact-finder could rationally find them 'unworthy of credence.' See Krause v. American Sterilizer Company, 126 F.3d 494 (3d Cir. 1997).

WHEREFORE, plaintiff respectfully request that the Court deny defendants' motion for summary judgment as a matter of law.

Jesse H. Nicholson, Jr.
Jesse H. Nicholson, Jr.
SBI# 133626
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Dated: June 14, 2005

41

# Certificate of Service

I, _Jesse A. Nicholson, Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Memorandum of Law Opposing defendants motion for summary judgement_ upon the following parties/person (s):

TO: _Clerk of the Court_
_United States District Court_
_844 King St. Lockbox 18_
_Wilmington, DE 19801_

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, DE 19801_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _14th_ day of _June_, 2005

_Jesse N. Nicholson, Jr._

Jesse A. Nuholson, Jr.
SBI # 233626
Delaware Correctional Center
1181 Paddock Rd
Smyrna, DE 19977

Clerk of the Court
United States District Court
844 King St., Lockbox 18
Wilmington, DE 19801

U.S.M.S. X-RAY