Exhibit C

| DR# | SCI Sussex Correctional Institution | Date: 04/18/2005 |
|---|---|---|
| 1009266 | PO Box 500 | |
| | GEORGETOWN DE, 19947 | |
| | Phone No. 302-856-5280 | |

Inmate : Nicholson, Jesse H J         Bldg. Q1         SBI#: 00133626    Type: Class 1

Institution: DCC  Delaware Correctional Center        Hearing Date: 05/27/2004    Time: 10:40

# MEMORANDUM

To   : Nicholson, Jesse H J

From : Chief, Bureau of Prisons

RE   : APPEAL DECISION

1. **Isolated Confinement**

    Your appeal                         [ ]  Accepted        [X]  Denied

    The decision of hearing             [X]  Affirmed        [ ]  Reversed    [ ]  Remanded for further proceedings

    The sanction imposed by hearing officer will  [X]  Remain as imposed by the Hearing Officer  [ ]  Reduced

The basis of this decision is as follows :
The hearing was scheduled in accordance with the disciplinary code. Offenders can't pick and choose which steps of this process they will follow. Your due process rights were offered. Your hearing statement failed to provide adequate proof and your appeal statement offered no new information on which to base a decision reversal.

Reviewing Officer: _____                    Offender: _____
                  Seifert, Richard E                                   Nicholson, Jesse H J
                  (Deputy Principal Assistant)