EXHIBIT D

EXHIBIT D

EXHIBIT D

Appendix E

# DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate Nicholson, Jesse, SBI# 133626, Housing Unit SHU 17B41
VIA: Counselor Simms
FROM: I.B.C.C.
DATE: 11/09/04
RE: Classification Results

Your M.D.T. has recommended you for the following: Continue Max, SHU Programs

The I.B.C.C.'s decision is to:

✓ Approve   All

___ Not Approve

___ Defer

___ Recommend

___ Not Recommend

**BECAUSE:**

___ Lack of program participation        ___ Time remaining on sentence
___ Pending disciplinary action          ___ Prior failure under supervision
___ Gradual phasing indicated            ___ Poor institutional adjustment
___ Open charges                         ___ Serious nature of offense
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rev - 01/05

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
        Inmate                          Form #456 (3 Part NCR)
        Institution File                Revised 11/97