EXHIBIT E

November 15, 2004

Evelyn Stevenson
I.B.C.C. Chairperson
DCC

Re: Classification Appeal

Dear Chairperson of the I.B.C.C.:

Today I received the I.B.C.C.'s classification decision, which I am appealing. First of all, your classification decision dated November 9, 2004, approves the M.D.T.'s recommendation of continued Max status. I was not informed that the M.D.T. recommended me to continue max status. When I met with Mr. Simms on October 18, 2004, he distinctly told me that I have been recommended to go to the MHU.

Nevertheless, there is not a single reason given for my continued placement in the SHU by the M.D.T. or the I.B.C.C. Therefore, I am appealing your decision, because not a single justifiable reason exist for my initial and continue placement in the SHU.

Jesse D. Nicholson, Jr.
SBI # 133626
17, B-L-1

## AFFIDAVIT OF MAILING

I, Jesse H. Nicholson, Jr., hereby certify that I have served a true and correct copies of the enclosed Classification Appeal upon the following person:

Evelyn Stevenson
Chairperson of the I.B.C.C.
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

BY PLACING SAME in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

*Jesse H. Nicholson Jr.*

SWORN TO AND SUBSCRIBED before me on this 17th day of November, 2004.

*[signature]*
Notary Public