EXHIBIT F

Routine Classification — Maintenance Review

Form # 908

Name: Nicholson, Jesse    SBI#: 133626

Risk Assessment Scale:
- Community/Minimum: -2 to 04
- Minimum: 05 - 08
- Medium: 09 - 16  → 11
- Maximum: 17 or more

Override: ☐ Yes   ☒ No   If yes, briefly specify reason: ___

Mandatory Policy Override Removal Approved By Warden/Designee ___

| | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Max | Rec. Med/HC appd | | | |
| Housing | MHU-21 | | | | |
| Job | | | | | |
| Education | | Rec. TFC | | | |
| Therapy | Max programs | Rec. Thresholds | | | |
| Other | | MH groups | | | |
| Other | | | | | |
| Next Review Date | | Month 01 / Year 06 | Month 2 / Year 06 | Month / Year | |

MDT or ICB MEMBERS PRESENT: Lt. Porter, T. Zanda    Vote: 2-0   Abstention:
MDT or ICB CHAIRPERSON: Lt. R Porter    Date: 02/01/05
MDT or ICB COMMENTS:

IBCC CHAIRPERSON: [signature]    Date: 3/1/05    Vote: 3-0   Abstention:
Override (include justification in comments)    Comments:

CICB CHAIRPERSON:    Date:    Vote:   Abstention:
Override (include justification in comments)    Comments:

IRCB CHAIRPERSON:    Date:    Approved: / Disapproved:
Override (include justification in comments)    Comments:

CL3

**DELAWARE DEPARTMENT OF CORRECTION**
**RECLASSIFICATION FORM (WOMEN AND MEN)**
FORM # 901

OFFENDER NAME: Nicholson, Jesse   SBI #: 133626   DOB: 6/16/54   DATE: 1/19/05
       LAST        FIRST      MIDDLE INITIAL
INSTITUTION: DCC                    Prior Classification Date: 8/17/04

CURRENT SECURITY: ___ Community/Minimum    ___ Minimum    ___ Medium    X Maximum

SENTENCE LENGTH: 45Y X 1 X   EFF. DATE: 3/21/88   STRD: 5/8/19   PED: ††   TIS: X   NON-TIS: ___

---

### RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED**   Current Offense (include other State, if applicable) Robbery 1st
Low Severity .................................................................................................................................0
Moderate Severity .........................................................................................................................2
High Severity ................................................................................................................................4
Highest Severity............................................................................................................................6      **6**

**OTHER OFFENSES/BAIL STATUS**   Other Offenses(s)/Bail Amount: None
None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ...............0
Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999..2
Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more ...............4    **0**

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**   Escape History: None
                                                       (date and type/class)
None or one or more incidents of FTA (capias issued) or military AWOL .......................................0
Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms,
    police (city, state, military, etc.), Recovery Center within the past 3 years...........................2
Attempted escape from a secure correctional institution within the past five years or escape from a secure facility ten + years ago
.........................................................................................................................................3
Escape from a secure correctional institution within the past ten years .......................................5    **0**

**CURRENT AGE**   Current Age: 50
Age 39+ ..........................................................................................................................0
Age 23 years or less .....................................................................................................1
Age 28-38 ......................................................................................................................2
Age 24 - 27 ...................................................................................................................3    **0**

**SEVERITY OF CRIMINAL HISTORY IN THE LAST 5 YEARS**   Most Serious Prior Conviction (include Level I-IV, other States): PDWBPP 10/86
No prior conviction .........................................................................................................0
Low Severity conviction .................................................................................................0
Moderate Severity conviction.........................................................................................2
High Severity conviction ................................................................................................3
Highest Severity conviction ...........................................................................................4    **2**

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (since initial or last regular reclassification) None
None ..............................................................................................................................0
1 Disciplinary Finding of Guilt .......................................................................................2
2 - 3 Disciplinary Findings of Guilt ................................................................................3
4+ Disciplinary Findings of Guilt ....................................................................................5    **0**
   Actual Number of Class I Disciplinary Findings: ___

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years.)
First incarceration or no prior Major/Class I Institutional Reports ....................................0
Major/Class I - Non Predatory Institutional Misconduct Report ≥ 37months ...................1
Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months
   or Predatory/Assaultive ≥ 37mths..............................................................................3
Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months ..........5
Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months.......7    **3**
   Most Serious Institutional Misconduct Report: DTB - falsify evid
   Date of Most Serious Misconduct Report: 4-28-04

PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS        Program Status: _Enrolled_

    Completed all recommended program(s) AND is currently working ................................................. -2
    Completed some programs, is working and on waiting list for other recommended programs ........... -1
    Enrolled in recommended program or no treatment recommended and is working ............................ 0
    Medically discharged/excused or successfully completed all recommended programs ..................... 0
    On waiting list for recommended program and work, due to lack of availability ................................. 0
    Dropped out or failed to complete or was dismissed from program and/or work prior to completion ... 2
    Unsuccessful (refused work and/or program participation) ............................................................... 3    _0_

RISK REASSESSMENT SCORE: _11_

RISK ASSESSMENT SCALE:    Community/Minimum    Minimum    Medium    Maximum
                           -02 to 04             05 - 08    09 - 16   17 or more

**Preliminary Security Level** (Check scored security level)

___ Community/Minimum        ___ Minimum        _X_ Medium        ___ Maximum

OVERRIDES:

Any one of the conditions listed below may serve as basis for an override, resulting in higher or lower security than indicated by the preliminary score. (Check all that apply and comment as deemed appropriate.)

___ Protective Custody or Need for separation from General Population: _____

___ Documented membership in security threat group _____

___ Pending institutional reports under investigation _____

___ Notorious/high profile case _____

___ Physical/Medical limitations that could affect housing placement _____

___ Time to Serve: _____

___ Pattern of assaultive/predatory behavior in institutions and/or the community _____

___ Other, include Mandatory Policy Override (specify): _____

**Recommended Security Level** (Check recommended security level.)

___ Community/Minimum    ___ Minimum    _X_ Medium    ___ Medium/MPO    ___ Maximum

_[signature]_ Thomas Janda                                    01/24/05
Correctional Worker                                            Date

Comments: _Recommend medium/high security._

**Final Security Level** (Check appropriate security level)

___ Community/Minimum    ___ Minimum    ___ Medium    ___ Continue Medium - MPO    ___ Maximum

_____    _____
Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)    Date

NOTE: Classification Officer/Unit supervisor may change recommendation of classification worker, but must provide written justification.
Comments: _____

Housing Assignment: _____    Next Classification Date: _____
                                                                  (month and year)
*Program Assignment(s): _____
*Work Assignment: _____
*Changes: _____

Page revised 09.30.04    FORM # 957        29