EXHIBIT G

Appendix E

## DELAWARE CORRECTIONAL CENTER --- MEMORANDUM

TO: Inmate _Nicholson, Jesse_, SBI# _133626_, Housing Unit _21_
VIA: Counselor _Zando_
FROM: I.B.C.C.
DATE: _2/7/05_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Med/High TFC_
_____

The I.B.C.C.'s decision is to:

__✓__ Approve _____

_____ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

**BECAUSE:**

_____ Lack of program participation         _____ Time remaining on sentence
_____ Pending disciplinary action           _____ Prior failure under supervision
_____ Gradual phasing indicated             _____ Poor institutional adjustment
_____ Open charges                          _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____
_____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____
_____

OTHER: _Rev: 2/06_

**ADDITIONAL COMMENTS:**

_____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____
_____
_____

Copy to: Classification
Inmate                                                        Form #456 (3 Part NCR)
Institution File                                              Revised 11/97