EXHIBIT H

~~appealing~~ the I.B.C.C.'s approval of M.D.T.'s recommendation in this case.

    This is my third classification appeal regarding my arbitrary placement in Max and continued placement away from the prison's general population. The I.B.C.C. to date has not made a single ruling on any of my classification appeals regarding this matter.

Sincerely yours,

Jesse H. Nicholson Jr.

Jesse H. Nicholson, Jr.
SBI# 133626
21, CL3

cc:

2