EXHIBIT I

Appendix E

## DELAWARE CORRECTIONAL CENTER --- MEMORANDUM

TO: Inmate _Jesse Nicholson_, SBI# _133606_, Housing Unit _22_
VIA: Counselor _Hellion_
FROM: I.B.C.C.
DATE: _5/17/05_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Appeal_

- The I.B.C.C.'s decision is to:

  _✓_ Approve _Med HC / Appeal Denied_
  ___ Not Approve
  ___ Defer
  ___ Recommend
  ___ Not Recommend

**BECAUSE:**

___ Lack of program participation     ___ Time remaining on sentence
___ Pending disciplinary action         ___ Prior failure under supervision
___ Gradual phasing indicated           _✓_ Poor institutional adjustment
___ Open charges                        ___ Serious nature of offense
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _2/06_
_You are appropriately classified 1 medium security - housed in 22 or 23._

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate                                         Form #456 (3 Part NCR)
         Institution File                               Revised 11/97