EXHIBIT J

May 13, 2005

Cpl. L. M. Merson
Inmate Grievance Chairperson
DLL

     Re: Previous Grievance

Dear Cpl. Merson:

     Approximately two months ago, I submitted a grievance similar to the enclosed one. To date, I have not received a response regarding this grievance. The lost of or the arbitrary disposal of my property is within the Department of Correction jurisdiction. Therefore, would you see that this grievance is processed according to the Inmate Grievance Procedure (IGP).

     If the former grievance concerning this matter, is being processed and heard according to the (IGP) disregard this grievance.

     Thank you for your help regarding this matter.

Sincerely yours,
Jesse A. Nicholson, Jr.
Jesse H. Nicholson, Jr.
SBI# 133626
Bldg. 22-DULL

cc: JHN

FORM #584

GRIEVANCE FORM

FACILITY: DCC

DATE: 5-13-05

GRIEVANT'S NAME: Jesse H. Nicholson

SBI#: 133626

CASE#:

TIME OF INCIDENT:

HOUSING UNIT: 22

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

The property room lost or arbitrarily disposed of my allowable personal property, I assume. I have written the property room officer on several occasions since last May, 2004, requesting about the status of my personal property. To date, the property room officer has not responded. The specific items of interest are; radio remote control, radio AM/FM Antenna, radio adapter cord and jack, and a pair of headphones. Additionally I wrote The Human Support Service manager, requesting permission to re-purchase these items from the manufacturer, as he routinely grants permission to other inmates, but he also refuses to respond to my letters regarding this matter.

ACTION REQUESTED BY GRIEVANT:

To have the above stated allowable property returned to me, or grant grievant permission to obtain the items directly from the manufacturer, from which the items can only be replaced by

GRIEVANT'S SIGNATURE: Jesse H. Nicholson    DATE: 5-13-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Certificate of Service

I, _Jesse N. Nicholson, Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Letter & Grievance_ _____ upon the following parties/person (s):

TO: _Cpl. L. M. Merson_        TO: _____

_Inmate Grievance Chairperson_ _____

_Delaware Correctional Center_ _____

_1181 Paddock Rd._             _____

_Smyrna, DE 19977_             _____


TO: _____   TO: _____

_____       _____

_____       _____

_____       _____

_____       _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _14th_ day of _May_ _____, 2005

_Jesse N. Nicholson Jr._