To: **Nicholson, Jesse**   SBI # **133626**

From: Counselor **McFadden**   Date: **5/17/04**

The Quality of Life Level Review Committee has reviewed your status and has determined you level shall:

\_\_\_\_\_ remain at level \_\_\_\_\_

\_\_\_\_\_ be downgraded to level \_\_\_\_\_

\_\_\_\_\_ be upgraded to level \_\_\_\_\_

**OR**

You have been given a temporary QOL level **1** which is subject to be changed if the QOL committee determines to do so.

The decision for your level assignment was based on the following reason(s):

**Transfer to SHU**

**Treatment Plan**   (your plan includes all items that are checked)

X  Develop and maintain a positive attitude with staff and others
X  Comply with all rules of the SHU        X  Exhibit positive behavior
X  Keep your room clean                    X  Maintain personal cleanliness
X  Show respect for others                 X  Respect all property in the SHU
X  Anger Management (1)                    \_\_ Conflict Resolution (2)
X  Journaling (1,2)                        \_\_ Violence Reduction (2)
X  Daily Log (All)                         \_\_ Substance Abuse (3)
\_\_ Communication Skills (3)               \_\_ Values Survey (3)
\_\_ Decision Making and Stress (3)         \_\_ Individual essay (Any)
\_\_ Self-Discovery – 1 & 2 (2,3)

Signed: **Jesse A. Nicholson, Jr.**   Date: **5-17-04**

Cc:   Records/ Treatment File
      Deputy Warden's Office
      Counselor/ Inmate
      File

Appendix E

# DELAWARE CORRECTIONAL CENTER — MEMORANDUM

TO: Inmate _Nicholson, Jesse_, SBI# _133626_, Housing Unit _____
VIA: Counselor _Scott_
FROM: I.B.C.C.
DATE: _5-6-04_
RE: Classification Results

Your M.D.T. has recommended you for the following: _MAX/SHU_
_SHU Programs_ _____

The I.B.C.C.'s decision is to:

✓ Approve _____
___ Not Approve _____
___ Defer _____
___ Recommend _____
___ Not Recommend _____

**BECAUSE:**

___ Lack of program participation          ___ Time remaining on sentence
___ Pending disciplinary action            ___ Prior failure under supervision
___ Gradual phasing indicated              ___ Poor institutional adjustment
___ Open charges                           ___ Serious nature of offense
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _8/04_

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

Routine Classification Maintenance Review
Form # 908

Name: Nicholson Jesse III   SBI#: 133626

Risk Assessment Scale:
| Community/Minimum | Minimum | Medium | Maximum |
|---|---|---|---|
| -2 to 04 | 05 - 08 | 09 - 16 | 17 or more |
| | | 9 | |

Override: ☒ Yes   ☐ No   If yes, briefly specify reason: Pending MAB Action

Mandatory Policy Override Removal Approved By Warden/Designee _____

| | Present | ICB or MDT Recommendation | IBCC Recommendation/Decision | CICB Recommendation/Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Medium | Max | APPD | | |
| Housing | D | SHU | | | |
| Job | | | | | |
| Education | | | | | |
| Therapy | | SHU Programs | | | |
| Other | | | | | |
| Other | | | | | |
| Next Review Date | | Month 8 / Year 04 | Month 8 / Year 04 | Month / Year | |

MDT or ICB MEMBERS PRESENT: M. Scott, Sgt. Pierce
MDT or ICB CHAIRPERSON: David Pierce
Vote: 3-0   Abstention: 0   Date: 4/29/04

MDT or ICB COMMENTS: Im Nicholson's behavior warrant classification to a more secure restrictive security area.

IBCC CHAIRPERSON: Evelyn J. Stevenson   Date: 5-6-04   Vote: 3-0   Abstention: 0
Override (include justification in comments) ___   Comments:

CICB CHAIRPERSON:   Date:   Vote:   Abstention:
Override (include justification in comments) ___   Comments:

IRCB CHAIRPERSON:   Date:   Approved: Disapproved:
Override (include justification in comments) ___   Comments:

**DELAWARE DEPARTMENT OF CORRECTION**
**RECLASSIFICATION FORM (WOMEN AND MEN)**

FORM # 955 (3 pt.)

OFFENDER NAME: Nicholson Jessie   SBI #: 133262   DOB: / /54   DATE: 4/29/04
                LAST    FIRST    MIDDLE INITIAL
INSTITUTION: DCC                                                Prior Classification Date: 12/11/03
CURRENT SECURITY: ___ Community/Minimum  ___ Minimum  ✓ Medium  ___ Maximum
SENTENCE LENGTH: 45-1-   EFF. DATE: 3/21/89  STRD: 6/2/19  PED: 3/17/06  TIS: ___  NON-TIS: ✓

---

### RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED**   Current Offense (include other State, if applicable): Robbery 1st
- Low Severity ..... 0
- Moderate Severity ..... 2
- High Severity ..... 4
- Highest Severity ..... 6          **6**

**OTHER OFFENSES/BAIL STATUS**   Other Offenses(s)/Bail Amount:
- None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ..... 0
- Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 ..... 2
- Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more ..... 4          **0**

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**   Escape History: _____
                                                         (date and type/class)
- None or one or more incidents of FTA (capias issued) or military AWOL ..... 0
- Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms, police (city, state, military, etc.), Recovery Center within the past 3 years ..... 2
- Attempted escape from a secure correctional institution within the past five years or escape from a secure facility ten + years ago ..... 3
- Escape from a secure correctional institution within the past ten years ..... 5          **0**

**CURRENT AGE**   Current Age: 49
- Age 39+ ..... 0
- Age 23 years or less ..... 1
- Age 28-38 ..... 2
- Age 24-27 ..... 3          **0**

**SEVERITY OF CRIMINAL HISTORY IN THE LAST 5 YEARS**   Most Serious Prior Conviction (include Level I-IV, other States): Murder 2nd 1972
- No prior conviction ..... 0
- Low Severity conviction ..... 0
- Moderate Severity conviction ..... 2
- High Severity conviction ..... 3
- Highest Severity conviction ..... 4          **0**

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (since initial or last regular reclassification) _____
- None ..... 0
- 1 Disciplinary Finding of Guilt ..... 2
- 2 - 3 Disciplinary Findings of Guilt ..... 3
- 4+ Disciplinary Findings of Guilt ..... 5          **0**
  Actual Number of Class I Disciplinary Findings: _____

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years.)
- First incarceration or no prior Major/Class I Institutional Reports ..... 0
- Major/Class I - Non Predatory Institutional Misconduct Report ≥ 37 months ..... 1
- Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months or Predatory/Assaultive ≥ 37 mths ..... 3
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months ..... 5
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months ..... 7          **3**
  Most Serious Institutional Misconduct Report: _____
  Date of Most Serious Misconduct Report: 5/5/03

PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS        Program Status: _____

Completed all recommended program(s) AND is currently working............................................................-2
Completed some programs, is working and on waiting list for other recommended programs ...............-1
Enrolled in recommended program or no treatment recommended and is working...............................0
Medically discharged/excused or successfully completed all recommended programs......................0
On waiting list for recommended program and work, due to lack of availability....................................0
Dropped out or failed to complete or was dismissed from program and/or work prior to completion........2
Unsuccessful (refused work and/or program participation)..................................................................3

RISK REASSESSMENT SCORE: 9

RISK ASSESSMENT SCALE:   Community/Minimum    Minimum     Medium     Maximum
                         -02 to 04              05 - 08     09 - 16    17 or more

Preliminary Security Level (Check scored security level)

___ Community/Minimum      ___ Minimum       ✓ Medium       ___ Maximum

OVERRIDES:

Any one of the conditions listed below may serve as basis for an override, resulting in higher or lower security than indicated by the preliminary score. (Check all that apply and comment as deemed appropriate.)

___ Protective Custody or Need for separation from General Population: _____
___ Documented membership in security threat group _____
___ Pending institutional reports under investigation _____
___ Notorious/high profile case _____
___ Mental Health: _____
___ Physical/Medical limitations that could affect housing placement _____
___ Court Order: _____
___ Time to Serve: _____
✓ Other (specify): Pending MAB action

Recommended Security Level (Check recommended security level.)

___ Community/Minimum    ___ Minimum    ___ Medium    ✓ Maximum

_Marily Brown-Scott_                           4-29-04
Correctional Worker                            Date

Comments: _____

Final Security Level (Check appropriate security level)

___ Community/Minimum   ___ Minimum   ___ Medium   ___ Continue Medium - MPD   ✓ Maximum

_signature_                                    5-4-04
Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)    Date

NOTE: Classification Officer/Unit supervisor may change recommendation of classification worker, but must provide written justification.
Comments: _____

Housing Assignment: _____        Next Classification Date: _____
                                                                     (month and year)
*Program Assignment(s): _____
*Work Assignment: _____
*Changes: _____

FORM# 957 (3 pt.)

Appendix K1

## DELAWARE CORRECTIONAL CENTER

*Leona*

45 y/o, R.b. 1st EFF: 3/21/08  STAD: 6/2/2019

TO: Inmate _Jessie Nicholson_ SBI# _135626_

FROM: Shift Commander _Capt Karl Hazzard_

DATE: _4-28-04_

SUBJECT: Administrative Transfer  D/EAST TO   ISO

Classified 12/4/03 Cont Med. Lonly, M/H 12pts
Appr. By IBCC 12/11/03

The undersigned believes that you warrant confinement to a more restrictive setting based upon information presented. Consequently, pending review, you are hereby temporarily, administratively transferred to:

Write ups:
8/13/03 FD, OL 2.0
5/7/03 PDC, FTO-SD☐ C70'
12/11/02 FTO, DT3- 10☐ C70's

☐ Protective Custody

☒ Pre-Hearing Detention _200 203_  _Disorderly or Threatening_
                       Offense No.        Offense Title  Behavior

☐ Higher Security

_Karl O Hazzard_
Signature of Shift Commander

Attach Supporting Documents/Forms ie: 404, 537, I/M statement, etc.

Copy to:  Security Superintendent (Original)
          Institutional Investigator
          Classification
          MDT Chairperson ✓
          Transfer Office
          Temporary Housing Counselor
          Classified Housing Counselor
          File

NOTE: Rec may/SHU, Due to
Seriousness of this Incident.

Seen By s/Lt Pierre

Form #: 228-B (Rev 11/97)