**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2005, I electronically filed *Affidavit of Evelyn J. Stevenson* with the Clerk of Court using CM/ECF. I hereby certify that on July 13, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Jesse H. Nicholson, Jr.; SBI #133626; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us