IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE H. NICHOLSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-954-SLR |
| ) | |
| THOMAS CARROLL, CARL HAZZARD, ) | |
| BERNARD WILLIAMS, DEPARTMENT ) | |
| OF CORRECTION, ANTHONY ) | |
| J. RENDINA, DAVID PIERCE, M. ) | |
| SCOTT, EVELYN STEVENSON, ) | |
| JOHN DOE/JANE DOE #1, and ) | |
| JOHN DOE/JANE DOE #2, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 30th day of September, 2005, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for summary judgment (D.I. 17) is granted.

2. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

*[signature]*
United States District Judge