IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE H. NICHOLSON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-954-SLR |
| | ) |
| THOMAS CARROLL, CARL HAZZARD, | ) |
| BERNARD WILLIAMS, DEPARTMENT | ) |
| OF CORRECTIONS, ANTHONY J. | ) |
| RENDINA, DAVID PIERCE, M. | ) |
| SCOTT, EVELYN STEVENSON, | ) |
| JOHN/JANE DOE #1, and | ) |
| JOHN/JANE DOE #2, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of September 30, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Thomas Carroll, Carl Hazzard, Bernard Williams, Anthony J. Rendina, David Pierce, M. Scott, and Evelyn Stevenson and against plaintiff Jesse H. Nicholson, Jr.

_____
United States District Judge

Dated: October 3, 2005

_____
(By) Deputy Clerk