ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

File Number Civ. No. 04-954-SLR

JESSE H. NICHOLSON, JR.,
　　Plaintiff,

v.

THOMAS CARROLL, CARL HAZZARD, BERNARD WILLIAMS, DEPARTMENT OF CORRECTIONS, ANTHONY J. RENDINA, DAVID PIERCE, M. SCOTT, EVELYN STEVENSON, JOHN/JANE DOE #1, and JOHN/JANE DOE #2,
　　Defendants.

Notice of Appeal

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Notice is hereby given that Jesse H. Nicholson, Jr., in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment in granting the defendants summary judgment, entered in this action on the 3rd day of October, 2005.

Jesse H. Nicholson, Jr.
SBI# 133626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dated: October 21, 2005

# Certificate of Service

I, Jesse H. Nicholson Jr., hereby certify that I have served a true and correct cop(ies) of the attached: Notice of Appeal _____ upon the following parties/person (s):

TO: Clerk of the Court
United States District Court
844 King St., Lockbox 18
Wilmington, DE 19801

TO: Ophelia M. Waters
Deputy Attorney General
820 N. French St.
Wilmington, DE 19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 21st day of October, 2005

Jesse H Nicholson Jr.

```
$ 00.60⁰
OCT 22 2005
MAILED FROM ZIPCODE 19977
```

U.S.M.S. X-RAY

Clerk of the Court
United States District Court
844 King St, Lockbox 18
Wilmington, DE
19801

I/M Jesse W. Nichoson
SB1# _____ UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977