# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 05-4756</u>

Nicholson

vs.

Carroll, et al.

Jesse H. Nicholson, Appellant

(Delaware District Civil No. 04-cv-00954)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: December 22, 2005

cc:
    Mr. Jesse H. Nicholson, Jr.
    Ophelia M. Waters, Esq.